No. 88–6180.   RODRIGUES v. EGGER, COMMISSIONER OF INTERNAL REVENUE, ET AL.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–960.   LIBERTY MOBILEHOME SALES, INC. v. EAMIELLO ET UX.   Appeal from Sup. Ct. Conn. dismissed for want of jurisdiction.

No. 88–1067.   KAVANAGH v. COVEN.   Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.

No. 88–1009.   HOUDE ET VIR v. STARKWEATHER ET AL.   Appeal from App. Div., Sup. Ct. N. Y., 4th Jud. Dept., dismissed for want of substantial federal question.

No. 88–1059.   VROOM DEVELOPMENTS (FLORIDA), INC. v. TOWN OF LONGBOAT KEY.   Appeal from Dist. Ct. App. Fla., 2d Dist., dismissed for want of substantial federal question.

No. 88–1097.   RICHARDS v. TEXAS.   Appeal from Ct. App. Tex., 1st Dist., dismissed for want of substantial federal question.

No. 87–6315.   KAISER v. UNITED STATES.   C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Broce,* 488 U. S. 563 (1989).

No. 88–764.   JONES v. PREUIT & MAULDIN ET AL.   C. A. 11th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Owens* v. *Okure,* 488 U. S. 235 (1989).